# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NOAH MUIR,

    Plaintiff(s),

v.

CHAGAROOT, INC.,

    Defendant(s).

Case No. 2:24-cv-01404-JAD-NJK

**Scheduling Order**

[Docket No. 21]

Pending before the Court is a joint proposed discovery plan. Docket No. 21. The presumptively reasonable discovery period is 180 days from the date of the defendant's answer or first appearance. Local Rule 26-1(b)(1). The parties seek a nearly 50% increase to the default discovery period (or 251 days) predicated on the fact that they will be attending an early neutral evaluation session. *See* Docket No. 21 at 1-2. The local rules do not provide for delaying discovery efforts based on the setting of an early neutral evaluation, *see* Local Rule 16-6, and alternative dispute resolution is a common feature of federal litigation that generally does not warrant extra time for discovery, *see Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1181 (D. Nev. 2022) (collecting cases). The Court has not been persuaded to depart from the settled law in this case.

Accordingly, the joint proposed discovery plan is **DENIED**. Case management deadlines are **SET** as follows:

- Initial Disclosures: October 21, 2024
- Amend pleadings/ add parties: November 25, 2024
- Initial experts: January 3, 2025[1]
- Rebuttal experts: January 31, 2025

---

[1] The Court adjusted the expert deadlines given federal holidays during this period.

1

- Discovery cutoff:  February 24, 2025
- Dispositive motions:  March 26, 2025
- Joint proposed pretrial order:  April 25, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: October 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

2