Michael I. Welker, SBN 7950
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (435) 351-0555
Facsimile: (801) 536-6111
MWelker@parsonsbehle.com

Sean A. Monson (Admitted Pro Hac)
PARSONS BEHLE & LATIMER
201 South Main Street
Salt Lake City, UT 84010
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
SMonson@parsonsbehle.com

*Attorneys for Defendant Chagaroot, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NOAH MUIR, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CHAGAROOT, INC., a Nevada corporation; DOES I-X; ROE CORPORATIONS I-X,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-1404<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE AND ORDER**<br><br>ECF Nos. 30, 34 |

The Plaintiff, Noah Muir, and the Defendant, Chagaroot, Inc., by and through their respective counsel, hereby move the court to dismiss the Complaint filed in this action and all the causes of action asserted therein, with prejudice, each party to bear its own attorney fees and costs.

PARSONS
BEHLE &
LATIMER

1
4908-2637-8777.v2

DATED: February 13, 2025

                                        PARSONS BEHLE & LATIMER

                                        */s/ Michael I. Welker*
                                        Michael I. Welker
                                        Sean A. Monson
                                        *Attorneys for Defendant Chagaroot, Inc.*

                                        HKM Employment Attorneys LLP

                                        */s/ Michael Arata*
                                        Daniel Kalish, Esq.
                                        Michael Arata, Esq
                                        Attorneys for Plaintiff Noah Muir

## ORDER

Based on the parties' stipulation **[ECF No. 34]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All other pending motions **[ECF No. 30]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

                                        _____
                                        U.S. District Judge Jennifer A. Dorsey
                                        Dated: February 13, 2025